# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF LOUISANA
# BATON ROUGE DIVISION

| | | |
|---|---|---|
| TAZELL WILLIAMS | § § | |
| Plaintiff | § § | |
| v. | § § | Civil Action No. 3:16-cv-00114 |
| | § § | Honorable Judge Brian A. Jackson |
| PORTFOLIO RECOVERY ASSOCIATES; And EXPERIAN INFORMATION SOLUTIONS, INC. | § § § | Article III Judge |
| | § § | Honorable Richard L. Bourgeois, Jr Magistrate Judge |
| | § § § | |
| Defendants | § | |

## NOTICE OF SETTLEMENT

NOW COMES Plaintiff, to file this Notice, and in support would show as follows.

1. Plaintiff is filing this notice to inform this Court that **Plaintiff has settled their claim with Experian Information Solutions, Inc. only**.

2. The parties anticipate that it will take no longer than thirty (30) days to finalize all of the documentation required to terminate this litigation and have an agreed Stipulation of Dismissal filed dismissing **Experian Information Solutions, Inc.**

3. Plaintiff's case against **ALL REMAINING DEFENDANTS** is still open, active and ongoing and **has not** been settled.

Respectfully submitted,

1

        /s/ *Jonathan Raburn*
Jonathan Raburn
LA Bar Roll No. 28728
The Raburn Law Firm, LLC
301 N. Main Street, Suite 2200
Baton Rouge, LA 70825
Jonathan@geauxlaw.com
Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on the 26th day of August, 2016, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the attorneys on record:

Date Signed this the 26th day of August, 2016

        /s/ *Jonathan Raburn*
Jonathan Raburn
LA Bar Roll No. 28728
The Raburn Law Firm, LLC
301 N. Main Street, Suite 2200
Baton Rouge, LA 70825
Jonathan@geauxlaw.com
Attorney for Plaintiff