UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| TAZELL WILLIAMS | CIVIL ACTION |
| VERSUS | |
| PORTFOLIO RECOVERY ASSOCIATES AND EXPERIAN INFORMATION SOLUTIONS, INC. | NO.: 16-00114-BAJ-RLB |

## ORDER

Considering the **Joint Stipulation of Dismissal (Doc. 26)** filed by Tazell Williams ("Plaintiff") and Portfolio Recovery Associates ("Defendant") pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii),

**IT IS ORDERED** that all claims of Tazell Williams against Portfolio Recovery Associates are **DISMISSED WITH PREJUDICE**, with each party to bear its own costs.

Baton Rouge, Louisiana, this 3RD day of April, 2017.

_____
BRIAN A. JACKSON, CHIEF JUDGE
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

JURY